E-filing

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

COURTNEY GORDON, an individual, on behalf of herself and those similarly situated )
        Plaintiff )
        v. )
CITY OF OAKLAND, a Municipal Corporation )
        Defendant )

Civil Action No. C08-01543 EMC

ADR

**Summons in a Civil Action**

To:   CITY OF OAKLAND
       (Defendant's name)

A lawsuit has been filed against you.

    Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

  Jon Webster (Cal. State Bar No. 138786) / Michael Devin (Cal. State Bar No. 107630)
  The Law Offices of Jon Webster
  1985 Bonifacio Street, Suite 102, Concord, CA 94520-2264
  Telephone: (925) 686-8790 / Facsimile: (925) 686-8795

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAR 2 0 2008

Richard W. Wieking
Name of clerk of court

_[signature]_
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _THE CITY OF OAKLAND_, by: _PERSONALLY DELIVERING ON MARCH 20, 2008, 2:15 P.M._

   (1) personally delivering a copy of each to the individual at this place, _____; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _TAMORA CORBIN, CENTRAL RECEPTIONIST, CITY ATTORNEY'S OFFICE, CITY HALL, 6TH FLOOR, 1 FRANK OGAWA PLAZA, OAKLAND CALIFORNIA 94612_

   (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__.

Date: _MARCH 20, 2008_

_/s/ Jon Webster_
Server's signature

_JON WEBSTER, SBN 138786_
Printed name and title

_THE LAW OFFICES OF JON WEBSTER_
_1985 BONIFACIO STREET, STE 102_
_CONCORD, CA 94520-2264_
_TEL: (925) 686-8790_
Server's address