UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COURTNEY GORDON, an individual, on behalf of herself and those similarly situated,

    Plaintiff(s),

v.

CITY OF OAKLAND, a Municipal Corporation,

    Defendant(s).

No. C 08-01543 EMC

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 3/27/08

Signature *Rachel Wagner*

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")