**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COURTNEY GORDON, etc.,

        Plaintiff,

   v.

CITY OF OAKLAND, etc.,

        Defendant.

_____

Case No. C08-1543 EMC

**NOTICE OF IMPENDING REASSIGNMENT TO
A UNITED STATES DISTRICT COURT JUDGE**

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    ( x )   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

    (  )   One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

1    Any matters presently set before Magistrate Judge Chen, will be taken off calendar and
2 counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new
3 date.

Dated: April 2, 2008                                              Richard W. Wieking, Clerk
                                                                  United States District Court


                                                                  _____
                                                                  By: Betty Fong, Deputy Clerk