**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                       General Court Number
Clerk                                                                    415.522.2000

**April 4, 2008**

**CASE NUMBER:  CV 08-01543 EMC**
**CASE TITLE:  COURTNEY GORDON-v-CITY OF OAKLAND**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable WILLIAM H. ALSUP** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/4/08

                                                                 FOR THE EXECUTIVE COMMITTEE:

                                                                 _____
                                                                                              Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                            Entered in Computer 4/4/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA