IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY GORDAN,<br><br>    Plaintiff,<br><br> v.<br><br>CITY OF OAKLAND,<br><br>    Defendant.<br>                                        / | No. C 08-01543 WHA<br><br>**CLERK'S NOTICE RESCHEDULING HEARING** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT the hearing on defendant's Motion to Dismiss and/or Abstain previously set for May 15, 2008 at 8:00 a.m. has been rescheduled for **May 22, 2008 at 2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

    Because the Court will be in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly**.**

Dated: May 7, 2008                                            FOR THE COURT,

                                                                      Richard W. Wieking, Clerk

                                                                       By:_____
                                                                           Dawn Toland
                                                                      Courtroom Deputy to the
                                                                      Honorable William Alsup

**United States District Court**
For the Northern District of California