1  Jon Webster (Cal. State Bar No. 138786)
   Michael Devin (Cal. State Bar No. 107630)
2  THE LAW OFFICES OF JON WEBSTER
   1985 Bonifacio Street, Suite 102
3  Concord, CA 94520-2264
   Telephone:    (925) 686-8790
4  Facsimile:    (925) 686-8795

5
   Attorneys for Plaintiff:
6  COURTNEY GORDON

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | COURTNEY GORDON, an individual, on | CASE NO. C 08-01543 WHA
   | behalf of herself and those similarly |
   | situated,                             | ERRATA SHEET CORRECTING
12 |                                       | TYPOGRAPHICAL ERRORS IN PLAINTIFF'S
   |                                       | NOTICE OF MOTION AND MOTION FOR
   |              Plaintiff-Petitioner,    | LEAVE TO AMEND COMPLAINT;
13 |                                       | MEMORANDUM OF POINTS AND
   |       v.                              | AUTHORITIES; DECLARATION OF
14 |                                       | ATTORNEY IN SUPPORT OF MOTION AND
   | CITY OF OAKLAND, a Municipal          | [PROPOSED] FIRST AMENDED COMPLAINT
15 | Corporation, and DOES 1 through 50,   | FOR DECLARATORY RELIEF AND
   | inclusive,                            | DAMAGES
16 |                                       |
   |              Defendant-Respondent.    |
17

18

19

20         Comes now Plaintiff-Petitioner, COURTNEY GORDON, on behalf of herself and

21  all those similarly situated, pursuant to Section 16(b) of the federal Fair Labor Standards

22  Act (29 U.S.C. §§ 201, *et seq*, hereinafter "FLSA"), by and through her attorney, JON

23  WEBSTER, hereby files this Errata Sheet to correct typographical errors appearing on the

24  following pleadings:

25         1.)    "Plaintiff-Petitioner's Notice of Motion and Motion for Leave to Amend
                  Complaint; Memorandum of Points an Authorities; Declaration of Attorney
26                in Support of Motion;" and "Exhibit A" thereto entitled,

27         2.)    "[Proposed] First Amended Complaint for Declaratory Relief and Damages."

28  Both pleadings were filed jointly as a single pleading on May 30, 2008.

**As to the pleading entitled:**

"Plaintiff-Petitioner's Notice of Motion and Motion for Leave to Amend Complaint; Memorandum of Points an Authorities; Declaration of Attorney in Support of Motion"

1. Errata correction should be made at page 3, paragraph 5, line 22, the citation to "29 U.S.C. §207(c)(4)(B)" should read "29 U.S.C. § 207(o)(4)(B)."

**As to "Exhibit A" of the above entitled pleading, itself entitled:**

"[Proposed] First Amended Complaint for Declaratory Relief and Damages,"

1. Errata correction should be made at page 4, paragraph 11, line 13, the citation to "29 U.S.C. §207(c)" should read "29 U.S.C. § 207(o)."

2. Errata correction should be made at page 4, paragraph 11, lines 18-19, the citation to "29 U.S.C. §207(c)(4)(B)" should read "29 U.S.C. §207(o)(4)(B)."

3. Errata correction should be made at page 6, paragraph 22, line 27, the citation to "29 U.S.C. §207(c)(4)(B) should have read "29 U.S.C. §207(o)(4)(B)."

DATED: June 26, 2008

JON WEBSTER
Attorney for Plaintiff
COURTNEY GORDON