IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COURTNEY GORDON,　　　　　　　　　　　　　No. C 08-01543 WHA

      Plaintiff,

 v.　　　　　　　　　　　　　　　　　　　　　　**CLERK'S NOTICE**
　　　　　　　　　　　　　　　　　　　　　　　　　**RESCHEDULING HEARING**
CITY OF OAKLAND,

      Defendant.
_____/

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

     YOU ARE NOTIFIED THAT the plaintiff's Motion to Correct/Amend the Complaint previously set for July 10, 2008 has been rescheduled for **July 17, 2008 at 8:00 a.m.** and the Case Management Conference previously set for July 3, 2008 has been rescheduled for **July 17, 2008 at 11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Dated: July 2, 2008　　　　　　　　　　　　　　FOR THE COURT,

　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　　    Dawn Toland
　　　　　　　　　　　　　　　　　　　　　　　　    Courtroom Deputy to the
　　　　　　　　　　　　　　　　　　　　　　　　    Honorable William Alsup