1  Jon Webster (State Bar No. 138786)
   Michael Devin (State Bar No. 107630
2  THE LAW OFFICES OF JON WEBSTER
   1985 Bonifacio Street, Suite 102
3  Concord, CA 94520-2264
   Telephone:   (925) 686-8790
4  Facsimile:   (925) 686-8795
   E-Mail: jon@jwcounsel.com
5
   Attorneys for Plaintiff
6  COURTNEY GORDON, an individual,
   on behalf of herself and those similarly situated
7

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11 COURTNEY GORDON, an individual,        CASE NO:   C 08-01543 WHA
   on behalf of herself and those similarly
   situated,                              **CERTIFICATION AND NOTICE OF
12                                        INTERESTED ENTITIES OR
               Plaintiff-Petitioner,      PARTIES**
13
        v.                                {PURSUANT TO CIVIL L.R. 3-16}
14
   CITY OF OAKLAND, a Municipal
15 Corporation, and DOES 1 through 50,
   inclusive,
16
               Defendant-Respondent.
17

18

19

20     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than

21 the named parties, there is no such interest to report.

22 Dated: July 9, 2008

23                                              
                                                JON WEBSTER
24                                              Attorney for Plaintiff
                                                COURTNEY GORDON
25

26

27

28