IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY GORDON, | No. C 08-01543 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING TIME** |
| CITY OF OAKLAND, | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT because the Court is in trial, the case management conference previously set for July 17, 2008 at 11:00 a.m. has been rescheduled for **July 17, 2008 at 3:30 p.m.**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:   July 14, 2008                          FOR THE COURT,

                                                Richard W. Wieking, Clerk

                                                By:_____
                                                    Dawn Toland
                                                    Courtroom Deputy to the
                                                    Honorable William Alsup

**United States District Court**
For the Northern District of California