**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 17, 2008

Case No.  C08-1543  WHA

Title: Courtney Gordon v. City of Oakland

Plaintiff Attorneys:    Jon Webster

Defense Attorneys:    Christopher Kee

Deputy Clerk: Frank Justiliano

Court Reporter: Katherine Wyatt

**PROCEEDINGS**

1)  Plt's Motion to Correct/Amend Complaint - Held.

2)   Case Management Conference  - Held.

**ORDERED AFTER HEARING:**

The Court takes Plt's Motion under submission.  The Court to issue an order.
Scheduling deadlines regarding the CMC set by the Court and a scheduling order to be issued.