1  JOHN A. RUSSO, City Attorney, SBN 129729
   RANDOLPH W. HALL, Assistant City Attorney, SBN 080142
2  RACHEL WAGNER, Supervising Trial Attorney, SBN 127246
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, California 94612
   Telephone:  (510) 238-4921
4  Facsimile:  (510) 238-6500
   Email: rwagner@oaklandcityattorney.org
5  X03161471091

6  Attorneys for Defendant
   CITY OF OAKLAND

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 COURTNEY GORDON, an individual, on          Case No. C08-01543 WHA
   behalf of herself and those similarly situated,
12                                              **NOTICE OF ASSOCIATION
                   Plaintiff-Petitioner,        OF COUNSEL**
13
            v.
14
   CITY OF OAKLAND, a Municipal
15 Corporation,

16                 Defendant-Respondent.

17

18      PLEASE TAKE NOTICE that Defendant City of Oakland hereby associates:

19
        Eugene Elliot, State Bar #111475
20      BERTRAND, FOX & ELLIOT
        2749 Hyde Street
21      San Francisco, CA   94109, (415) 353-0999 fax (415) 353-0990
        Email:  eelliot@bfesf.com
22

23 as attorneys of record for City of Oakland.

24 ///

25 ///

26

1  Dated: August 21, 2008

2  JOHN A. RUSSO, City Attorney
   RANDOLPH W. HALL, Assistant City Attorney
3  RACHEL WAGNER, Supervising Trial Attorney

4
          By:    /s/
5                Attorneys for Defendant
                 CITY OF OAKLAND
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26