IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COURTNEY GORDON, an individual, on behalf of herself and those similarly situated,

    Plaintiff,

  v.

CITY OF OAKLAND, a Municipal corporation,

    Defendant.
                                 /

No. C 08-01543 WHA

**ORDER ADJUSTING SCHEDULE IN LIGHT OF ALLEGED SETTLEMENT**

     Based on the representation by Mr. Wenzel that a firm and final settlement agreement and release have been fully executed and are subject to no further approvals and all that remains is to cut the check, which is expected by May 6, the time for filing any further papers herein shall be extended to **MAY 13, 2009, AT NOON**, with responses due by **MAY 18 AT 9:00 A.M.** The final pretrial conference and trial dates will remain as scheduled (May 18 and June 1) and will be vacated when a dismissal order is received.

    **IT IS SO ORDERED.**

Dated: May 4, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE